### 17410. Scott *v.* The State.

Broyles, C. J. "That an accusation in a city court charged the defendant with an assault, without specifying any act or acts constituting the same, is not good ground of arresting judgment." *Rataree* v. *State,* 62 *Ga.* 245; *Johnson* v. *State,* 90 *Ga.* 441, 444 (16 S. E. 92).

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> Decided July 14, 1926.

---

Assault and Battery, 5 C. J. p. 764, n. 83.

Assault; from city court of Wrightsville—Judge Blount.    May 15, 1926.

*C. S. Claxton,* for plaintiff in error.

*J. Roy Rowland, solicitor,* contra.